UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY MORGANS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 16-03104-CV-S-BP |
| ) | |
| RON WRIGHT, et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

    The undersigned counsel for defendant Ron Wright certifies that on July 27, 2016, two PDFs containing defendant Wright's response to plaintiff's interrogatories and defendant Wright's responses to plaintiff's request for production of documents, and PDFs containing copies of documents produced in response to plaintiff's request for production of documents were served via e-mail to: counsel for plaintiff adonelan@batyholm.com;ssnead@batyholm.com; kburk@batyholm.com; counsel for co-defendant City of Seymour cpr@srfblaw.com.

    In addition, also on July 27, 2016, a disc containing audio and video recordings was served via USPS on counsel for plaintiff and counsel for co-defendant City of Seymour at their mailing addresses of record.

Respectfully Submitted,

KING, KREHBIEL & HELLMICH, LLC

By: */s/Robert J. Krehbiel*
ROBERT J. KREHBIEL #28616
2000 South Hanley Road
Saint Louis, MO 63144-1524
Phone: (314) 646-1110
FAX: (314) 646-1122
E-Mail: rkrehbiel@kkhhb.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing was served on counsel for all parties of record on July 27, 2016, via the Court's electronic filing system.

                                                  */s/Robert J. Krehbiel*